Todd E. Zenger (5238)
KIRTON & McCONKIE
1800 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Phone: (801) 328-3600
Fax: (801) 321-4893
Email: tzenger@kmclaw.com

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ISYS TECHNOLOGIES, INC., a Nevada corporation, CODED INSTRUCTION SECURITY CORPORATION, a Nevada corporation, and JASON A. SULLIVAN, a Utah resident,<br><br>    Plaintiffs,<br>v.<br><br>KENNETH A. MURDOCK, a Utah resident, and KENNETH K. MURDOCK, a Utah resident, COMPUTIVE CORPORATION, a Utah Corporation, KAM SYSTEMS, LLC, a Utah limited liability company, MI, LC, a Utah limited liability company, ELIOT JACOBSEN, a Utah resident, BRIAN RHAY, a Utah resident, HUGO BOREN, a Utah resident, BROCK BLAKE, a Utah resident, LENDIO, Inc., a Delaware Corporation, EMMA MCSWEENEY, a Utah resident, LORRAINE LNU (LAST NAME UNKNOWN), a Utah resident, STAN KANAROWSKI, a Utah resident, , STEVE MUIR, a Utah resident, ALLAN HALL, a Utah resident, JEFF ROMNEY, a Utah resident, LES GILBERT, a Utah resident, and MARTIN FREY, a Utah resident, GREG WARNOCK, a Utah resident, and JOHN DOES 1-20,<br><br>    Defendants. | Civil No. 2:11-CV-1011 RJS-BCW<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Brooke C. Wells<br><br>ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) |

In view of the Stipulated Motion to Dismiss (the "**Motion**") filed with the Court by Plaintiff and the defendants specifically identified in the Motion (collectively, the "**Parties**"), the

Court hereby ORDERS that the *Amended Complaint and Demand for Jury Trial* [Dkt. No. 17], and all claims, demands, and causes of action that were or could have been asserted in this action, are hereby dismissed with prejudice.

Each party to bear its own costs and attorneys' fees, except as otherwise agreed by the parties.

DATED this 4th day of November, 2013.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge